444 F.2d 541
 Watt T. HENRY, Jr., Petitioner-Appellant,
v.
Donald JOHNSON, Administrator of the Veterans Administration, Respondent-Appellee.
 No. 71-1341 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 June 29, 1971.
 
 Appeal from the United States District Court for the Northern District of Texas; Joe Ewing Estes, Chief Judge.
 Andrew L. Monson, Dallas Legal Services Project, Edward J. Polk, Dallas, Tex., for petitioner-appellant.
 Eldon B. Mahon, U. S. Atty., Martha Joe Stroud, Asst. U. S. Atty., Dallas, Tex., Alan S. Rosenthal, David V. Seaman, Attys., Civil Div., Dept. of Justice, L. Patrick Gray, III, Asst. Atty. Gen., Dept. of Justice, Washington, D. C., for respondent-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966